```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA            :
                                    :      06-cr-580(JSR)
         -v-                        :
                                    :      ORDER
ANTHONY VALENTINE                   :
                                    :
         Defendant.                 :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench, the defendant's motion for compassionate release, ECF No. 258 (May 18, 2020), is denied.

SO ORDERED.

Dated: New York, NY
       June 1, 2020

_____
United States District Judge